IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Jeffrey E. Lemire
Lemire for Congress
All Voter In Rhode Island

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

State of Rhode Island
All Cities and Towns
in Rhode Island
Congressal First District.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for a Civil Case

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:      ☐ Yes   ☐ No
           *(check one)*

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Fair and honest elections. No Ballot manipulation, Real time excess to all local Board canvases, All information Request to be citified by canvessers. Block all ordince block acess to voters, All Ballot to be withness and notarized, No third Party ballot colloction.

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Sept 14, 20 20

Signature of Plaintiff _____

Printed Name of Plaintiff _____

B. For Attorneys

Date of signing: _____, 20__.

Defendant No. 8

| | |
|---|---|
| Name | _____ |
| Job or Title | _____ |
| (if known) | |
| Street Address | _____ |
| City and County | _____ |

Statement of Claim - Continuation

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

As A Federial canidate For office I must be given a fair chance at a Fair & honest election.

The State of Rhode Island is make rules as we go along. We Voter Rolls that are not true. We have cities and town that are refuseing to give information in Real time. We have city and Town stoping to process.

I have a list of Demands.

b.  If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an*
*additional page providing the same information for each additional*
*defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain):*

| | |
|---|---|
| Town of Barrington | 1.500.00 |
| Town of Bristol | 1.000.00 |
| City of Providence | 10.000.00 |

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

Barrington - Removal of Signs, Fake
Arrest.
Bristol - Removal of Signs.
Providence - Refusal of Voter information.

5

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fair and Honest elections For Federal Office

_____

_____

B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* JEFFREY E LEMIRE, is a citizen of the State of *(name)* Rhode Island.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

I.   The Parties to This Complaint

A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name           JEFFREY LEMIRE   LEMIRE FOR CONGRESS
Street Address    13 Potters Ar.
City and County   Providence  RI
State and Zip Code  02905
Telephone Number  401-516-4759.
E-mail Address    _____

B.   The Defendant(s)

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known).  Attach additional pages if needed.

Defendant No. 1

Name           City of Providence
Job or Title
(if known)
Street Address    25 Dorranc St.
City and County   Providence RI.
State and Zip Code  _____
Telephone Number  _____
E-mail Address
(if known)

Defendant No. 2

Name           City of North Providence
Job or Title
(if known)
Street Address    2000 Smith St.
City and County   North Providenc.

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

    Name               *Town of Cumberland*

    Job or Title
    (if known)

    Street Address      *45 Broad St.*

    City and County     *Cumberland RI.*

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 4

    Name               *City of Central Falls.*

    Job or Title
    (if known)

    Street Address      *580 Broad St.*

    City and County     *Central Falls RI.*

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case.  In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

    Name *Pawtucket City Hall.*

    Job or Title _____
    (if known)

    Street Address *137 Roosevelt Av*

    City and County *Pawtucket Ri.*

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 4

    Name *East Providence*

    Job or Title _____
    (if known)

    Street Address *145 Taunton Av*

    City and County *East Providence*

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case. In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

|                                      |                           |
|--------------------------------------|---------------------------|
| State and Zip Code                   | _____  |
| Telephone Number                     | _____  |
| E-mail Address (if known)            | _____  |

Defendant No. 3

|                                      |                           |
|--------------------------------------|---------------------------|
| Name                                 | *BARRington Town Hall*    |
| Job or Title (if known)              | _____  |
| Street Address                       | *283 County Rd.*          |
| City and County                      | *BARRington RI.*          |
| State and Zip Code                   | _____  |
| Telephone Number                     | _____  |
| E-mail Address (if known)            | _____  |

Defendant No. 4

|                                      |                           |
|--------------------------------------|---------------------------|
| Name                                 | *Bristol Town. of*        |
| Job or Title (if known)              | _____  |
| Street Address                       | *10 Court St.*            |
| City and County                      | *Bristol RI.*             |
| State and Zip Code                   | _____  |
| Telephone Number                     | _____  |
| E-mail Address (if known)            | _____  |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

    Name         *Warren Town-Hall*

    Job or Title _____
    (if known)

    Street Address   *514 Main St*

    City and County   *Warren RI*

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 4

    Name         *Middletown Hall*

    Job or Title _____
    (if known)

    Street Address   *350 E Main Rd.*

    City and County   *Middletown RI*

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case. In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

3

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

    Name     *Portsmouth*

    Job or Title _____
    (if known)

    Street Address   *2200 EAST MAIN Rd.*

    City and County   *Portsmouth RI*

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 4

    Name     *City of Newport*

    Job or Title _____
    (if known)

    Street Address   *43 Broadway*

    City and County   *Newport RI*

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

State and Zip Code

Telephone Number

E-mail Address
(if known)

Defendant No. 3

Name    *Tiverton city Hall*

Job or Title
(if known)

Street Address

City and County    *343 Highland Rd.*

State and Zip Code    *Tiverton RI.*

Telephone Number

E-mail Address
(if known)

Defendant No. 4

Name    *Little Compton*

Job or Title
(if known)

Street Address    *40 Commons*

City and County    *Littel Compton RI*

State and Zip Code

Telephone Number

E-mail Address
(if known)

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case. In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

3

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____
(if known)

Defendant No. 3

    Name      *Jamestown*

    Job or Title      _____
    (if known)

    Street Address      *93 NARRAGANSETTE AV*

    City and County      *JAMESTON RI*

    State and Zip Code      _____

    Telephone Number      _____

    E-mail Address      _____
    (if known)

Defendant No. 4

    Name      *State of Rhode Island.*

    Job or Title      _____
    (if known)

    Street Address      *148 W River St.*

    City and County      *Providence RI.*

    State and Zip Code      _____

    Telephone Number      _____

    E-mail Address      _____
    (if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case. In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

3

|  | State and Zip Code | _____ |
|---|---|---|
|  | Telephone Number | _____ |
|  | E-mail Address (if known) | _____ |

Defendant No. 3

|  | Name | *North Smithfield Town hall* |
|---|---|---|
|  | Job or Title (if known) | _____ |
|  | Street Address | *1 North Man St.* |
|  | City and County | *North Smithfield R.I* |
|  | State and Zip Code | _____ |
|  | Telephone Number | _____ |
|  | E-mail Address (if known) | _____ |

Defendant No. 4

|  | Name | *City of Woonsocket.* |
|---|---|---|
|  | Job or Title (if known) | _____ |
|  | Street Address | *169 Main St.* |
|  | City and County | *Woonsocket R.I* |
|  | State and Zip Code | _____ |
|  | Telephone Number | _____ |
|  | E-mail Address (if known) | _____ |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name *Lincoln Town Hall*

Job or Title _____
(if known)

Street Address *100 old River Rd.*

City and County *Lincoln RI.*

State and Zip Code *02865*

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name *Smithfield Town Hall*

Job or Title _____
(if known)

Street Address *64 Farnum Pike*

City and County *Smithfield RI.*

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case. In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

3