FILED
2020 SEP 14 P 2:52

I Sent emergency relief form
Rhode Island Federial Court.

I Request a hearing IN Front
of a judge as soon as possible
as the election is 50 days
away.

Jeffry E. Lemi

Jeffy S Lemi

401-516-4759
13 Potter Av.
Prov. RI 02885.

10