UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Jeffrey Lemire

Clerk: CP

RE: Complaint

Lemire ___VS___ State of RI, et al

I have reviewed your document(s) presented to the Clerk's Office on 9/22/2020 and have made the following determination:

☐ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Clerk's Office.

☑ Your document(s) are hereby refused and returned to you for the following reasons(s):

☐ 1. Pleadings, motions, other papers are not signed in accordance with (DRI LR Gen 308), (Fed.R. Civ. P. 11(a)), (DRI, LR Cv 5(a)(5)), (DRI LR Cr 57(a)(4)).

☐ 2. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7(a)).

☐ 3. New Cases must be accompanied by:
   a) Civil Cover Sheet (DRI LR Cv 5 (b));
   b) Summons (Fed. R. Civ. P. 4(a),(b));
   c) Filing fee of $400.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241 or an application to proceed without prepayment of the filing fee under 28 U.S.C. § 1915;
   d) Original Complaint.

☐ 4. Papers will not be accepted for filing without a certificate of service. (DRI LR cv 5.1(b)), (DRI LR Gen 309(c)), (Fed. R. Cv. P. 5(d))

☐ 5. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37(a)(2)), shall file all pertinent portions of discovery material with the motion and copies(DRI LR Cv 37 (a)).

☐ 6. All Checks must be made payable to the **Clerk, U.S. District Court.**

☐ 7. Motions to Appear Pro Hac Vice not in the proper form and/or does not include payment in the amount of $50.00 and/or does not include a full explanation as to questions answered affirmatively by prospective admittee. (DRI LR Gen 204)

☐ 8. Any pleading or other document asserting a claim or counterclaim of any type shall include the full caption showing the names of all parties. (DRI LR Cv 5 (a)(1)).

☑ 9. Documents are duplicative of documents previously received on 9/14/2020 and opened as CV20-408

Enter: [signature]

United States **Magistrate** Judge

DATE: September 23, 2020