**Carrie Potter**

| | |
|---|---|
| **From:** | Jeffrey Lemire <lemirejeffrey0@gmail.com> |
| **Sent:** | Monday, November 30, 2020 5:05 PM |
| **To:** | RID_ECF_INTAKE |
| **Categories:** | Being Worked On |

**CAUTION - EXTERNAL:**

I would like to file a emergency order. I am a federal candidate for U.S. Congress in the first district in Rhode Island. I am challenging this election. On several grounds.
   Today November 30.2020 the Rhode Island board of elections certified Rhode Island election. I was not given any excess to any ballots related inquiries. I want a fair and honest election and this did not happen. Please contact me as soon as possible. I petition the Rhode Island federal court under the American disability act.
Contact phone number. 401 5164759
Jeffrey Lemire
13 Potter Av.
Providence ,R.I.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.